IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 SEP 27 AM 9:54
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

SIDNEY GUNN TAYLOR

    Plaintiff,

v.

NO. 05-2561 M|V

ST. JUDE MEDICAL, INC., ST. JUDE
MEDICAL, S.C., INC.; ST. JUDE
MEDICAL ATG, INC.; ROBERT
PATRICK LENAHAN, JR.,; LOUIS
BONILLA, M.D.; STACY SANFORD; and
BAPTIST MEMORIAL HOSPITAL,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND TIME

Plaintiff, SIDNEY GUNN TAYLOR, filed Motion to Extend Time to Respond to Defendants Luis Bonilla and Stacy Sanford's Motion to Dismiss for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)), or in the Alternative, Motion to Dismiss for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)), Defendants St. Jude Medical, Inc., St. Jude Medical, ATG, Inc. and St. Jude Medical, S.C., Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (Fed. R. Civ. P. 12(b)(6)) and Defendant Robert Patrick Lenahan, Jr.'s Motion to Dismiss.

The Court has reviewed the papers submitted in favor of and opposed to the motion, and considered the arguments made by and authorities cited by counsel. Being so informed,

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-27-05

26

IT IS ORDERED that Plaintiff's Motion to Extend Time to Respond to Defendants Luis Bonilla and Stacy Sanford's Motion to Dismiss for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)), or in the Alternative, Motion to Dismiss for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)), Defendants St. Jude Medical, Inc., St. Jude Medical, ATG, Inc. and St. Jude Medical, S.C., Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (Fed. R. Civ. P. 12(b)(6)) and Defendant Robert Patrick Lenahan, Jr.'s Motion to Dismiss is granted and that Plaintiff has an extension until Friday, September 23, 2005 to respond.

SIGNED _____Sept 26_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02561 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Paul Berry Cooper
296 Washington Ave.
Memphis, TN 38103

Melanie R. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38013

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT